UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS BENEDICT,

    Plaintiff,

v.

                                                      Case Number: 2:11-CV-14851
                                                     Honorable Patrick J. Duggan

DEBORAH L. FOSTER, JEFF DREFKE,
JOHN WOODWARD, JANE DOE, and
JOHN DOE,

    Defendants.
_____/

## JUDGMENT

    This matter is pending before the Court on a *pro se* civil rights complaint filed by Douglas Benedict ("Plaintiff"). All of the claims in Plaintiff's Complaint previously were dismissed, except his assertion that Defendants violated his right of access to the courts. On May 4, 2012, Defendants filed a motion to dismiss this remaining claim pursuant to Federal Rule of Civil Procedure 12(b). (ECF No. 26.) In an Opinion and Order entered on this date, the Court granted Defendants' motion.

    Accordingly,

    **IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Dated: January 2, 2013                        s/PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Copies to:

Douglas Martin Benedict, #162211
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, Michigan   49221

AAG Allan J. Soros

Magistrate Judge Mona K. Majzoub